DUANE MORRIS LLP
Gregory P. Gulia
Sarah Peyronnel
Joseph A. Powers (prospective *pro hac vice*)
Christiane Campbell (prospective *pro hac vice*)
30 South 17th Street
Philadelphia, PA 19103

Attorneys for Plaintiffs
Polder Housewares, Inc.
and Polder, Inc.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POLDER HOUSEWARES, INC., and POLDER, INC.<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HONEY-CAN-DO INTERNATIONAL, LLC,<br><br>　　　　　　　　Defendant. | **Case No.: 1:13-cv-06232-PAC** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Polder Housewares, Inc. and Polder, Inc. by their undersigned attorneys, Duane Morris LLP, hereby dismiss the above action, without prejudice and without costs against any party, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: New York, New York
　　　　October 1, 2013

Respectfully submitted,

DUANE MORRIS LLP

By: _____
Gregory P. Gulia
Sarah Peyronnel
1540 Broadway
New York, New York 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

Attorneys for Plaintiffs
Polder Housewares, Inc. and Polder, Inc.